Gregory C. Parliman
gparliman@daypitney.com
DAY PITNEY LLP
200 Campus Drive
Florham Park, NJ 07932
(973) 966-8015

Holly S. A. Eng
eng.holly@dorsey.com
*Pro hac vice application forthcoming*
Zeb Curtin
curtin.zeb@dorsey.com
*Pro hac vice application forthcoming*
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600

Attorneys For Defendant
Allianz Life Insurance Company
of North America

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| DENISE MEDFORD, | : | Civil Action No. _____ |
| Plaintiff, | : | |
| v. | : | **NOTICE OF REMOVAL** |
| ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA, | : | |
| | : | |
| Defendant. | | |

**TO:**  Clerk of Court
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, NJ 07101

Colin M. Page, Esq.
Colin M. Page, LLC
Attorney for Plaintiff
2001 Route 46, Suite 310
Parsippany, NJ 07054.

83279134.1

**PLEASE TAKE NOTICE** that Defendant Allianz Life Insurance Company of North America ("Allianz") hereby removes the above-captioned action from the Superior Court of New Jersey, Law Division, Middlesex County, to the United States District Court for the District of New Jersey pursuant to 28 U.S.C. §§ 1441 and 1446. Removal is proper on the following grounds:

1. The Summons and Complaint in the above-captioned action were received by Allianz on April 15, 2010. True and correct copies of the Summons and Complaint are attached hereto as Exhibit A, pursuant to 28 U.S.C. § 1446(a), and are incorporated herein by reference. These are the only process, pleadings, or orders in the above-captioned action that have been served upon Allianz to date.

2. Allianz is the only defendant in the above-captioned action, which has been commenced in the Superior Court of New Jersey, Law Division, Middlesex County.

3. At the time the above-captioned action was commenced, and at the time of removal, Allianz was, and is, a Minnesota Corporation headquartered in Minneapolis, Minnesota.

4. Removal of the above-captioned action based on diversity of citizenship under 28 U.S.C. § 1332 is appropriate for the following reasons:

   a) There is complete diversity between the parties. Plaintiff Denise Medford is a resident of East Brunswick, New Jersey. Compl. ¶ 1. Defendant is a corporation organized under the laws of Minnesota, with its principal place of business in Minneapolis, Minnesota, and therefore is not a citizen of New Jersey, "the State in which [this] action is brought." *See* 28 U.S.C. § 1441(b).

b) Based upon Plaintiff's allegations and prayer for relief contained in her Complaint, the amount in controversy exceeds the jurisdictional amount of $75,000 under 28 U.S.C. § 1332(a). The Complaint does not allege a specific amount in controversy but represents that Plaintiff "seeks damages for back pay, front pay, lost benefits, other compensatory damages, emotional distress damages, punitive damages, interest, compensation for the negative tax consequences of receiving a damage award in the form of a one-time lump sum, attorneys fees, costs of suit, and such other relief that the Court may deem just and proper." Compl. pp. 5-6. During the last full year of her employment (2008), Plaintiff received gross compensation of $201,425. Although Allianz denies Plaintiff's factual allegations and denies Plaintiff is entitled to any of the relief for which she prayed, the requested relief exceeds $75,000.

5. This Notice of Removal is filed within thirty days after Allianz received the Summons and Complaint in the above-captioned action. Removal is therefore timely under 28 U.S.C. § 1446(b).

6. Venue lies in this Court pursuant to 28 U.S.C. § 1391.

7. Written notice of the filing of this Notice of Removal is being served upon Plaintiff and is being filed with the Clerk of Court of the Superior Court of New Jersey, Law Division, Middlesex County.

8. This Notice of Removal does not waive any objections to defects in process or service of process, jurisdiction, venue, or any other defense.

**WHEREFORE**, Allianz prays that the above-captioned action now pending against it in the Superior Court of New Jersey, Law Division, Middlesex County, be removed to this Court.

83279134.1

Dated: May 14, 2010

By _____
Gregory C. Parliman
gparliman@daypitney.com
DAY PITNEY LLP
200 Campus Drive
Florham Park, NJ 07932
(973) 966-8015

*and*

Holly S. A. Eng (MN # 238028)
eng.holly@dorsey.com
*Pro hac vice application forthcoming*
Zeb Curtin (MN # 352640)
curtin.zeb@dorsey.com
*Pro hac vice application forthcoming*
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600

Attorneys For Defendant
Allianz Life Insurance Company
of North America

4

83279134.1