Gregory C. Parliman
gparliman@daypitney.com
DAY PITNEY LLP
200 Campus Drive
Florham Park, NJ 07932
(973) 966-8015

Holly S. A. Eng
eng.holly@dorsey.com
*Pro hac vice application forthcoming*
Zeb Curtin
curtin.zeb@dorsey.com
*Pro hac vice application forthcoming*
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600

Attorneys For Defendant
Allianz Life Insurance Company
of North America

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| DENISE MEDFORD, | : | Civil Action No. _____ |
| Plaintiff, | : | |
| v. | : | **CERTIFICATION OF SERVICE AND OF FILING OF NOTICE OF REMOVAL** |
| ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA, | : | |
| Defendant. | : | |

GREGORY C. PARLIMAN, of full age, hereby certifies as follows:

1. I am an attorney-at-law of the State of New Jersey and am a member of the law firm of Day Pitney LLP, attorneys for defendants in the above-captioned action.

2. On May 14, 2010, I caused a Civil Cover Sheet and Notice of Removal in this matter to be electronically filed with the Clerk of the United States District Court for the District of New Jersey.

3. On May 14, 2010, I also caused to be forwarded (by regular mail) for filing with the Clerk of the Superior Court of New Jersey, Law Division, Middlesex County, a Notice to State Court of Filing of Notice of Removal.

4. Finally, on May 14, 2010, I caused to be served upon Colin M. Page, L.L.C., attorneys for plaintiff Denise Medford, a copy of the Civil Cover Sheet and Notice of Removal and a copy of the Notice to State Court of Filing of Notice of Removal by sending same by regular mail addressed as follows:

> Colin M. Page, Esq.
> Colin M. Page, L.L.C.
> Attorneys for Plaintiff
> 2001 Route 46, Suite 310
> Parsippany, NJ 07054

I certify under the penalty of perjury that the foregoing is true and correct.

GREGORY C. PARLIMAN

DATED: May 14, 2010.

83279281.1